AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JOYCE E. HOBSON | CM/ECF Case No. 3:16-PO-00129-MJN |
| 500 GOLFVIEW AVE | Case No.  OS10  R3306998 |
| DAYTON, OH 45406 | USM No. |
| | Joyce E. Hobson, Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**   JOYCE E. HOBSON

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4511.12 | Failure to obey a traffic control device | 3/6/2016 | 1 |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $10.00 | $ 0.00 | $ 10.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 8436

Defendant's Year of Birth: 1949

City and State of Defendant's Residence:
DAYTON, OH

10/5/2016
Date of Imposition of Judgment

_____
Signature of Judge

Michael J. Newman, United States Magistrate Judge
Name and Title of Judge

10/20/16
Date